**Mark Edwin COOK, Petitioner— Appellant,**

v.

**UNITED STATES PAROLE COMMISSION, Respondent—Appellee.**

No. 03–35004.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 21, 2007.

Mark Edwin Cook, Seattle, WA, pro se.

Jonathan L. Marcus, U.S. Department of Justice, Criminal Division, Appellate Section, Washington, DC, for Respondent– Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Mark Edwin Cook appeals pro se from the district court's judgment denying his petition under 28 U.S.C. § 2241. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Cook's contentions regarding the constitutionality of the DNA Analysis Backlog Elimination Act of 2000 are foreclosed by this court's decision in *United States v. Reynard*, 473 F.3d 1008 (9th Cir.2007). Contrary to Cook's contentions, neither *United States v. Miles*, 228 F.Supp.2d 1130 (E.D.Cal.2002), *reversed*, 130 Fed.Appx. 108 (9th Cir.2005), nor *Groceman v. United States Dep't of Justice*, No CIV.A. 301CV1619G, 2002 WL 1398559 (N.D.Tex. June 26, 2002), undermine the authority of *Reynard.*

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).